FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 02 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 09-CR-00070-LRS |
| vs. | |
| SANDIE R. MCNEIL, | Order of Forfeiture |
| Defendant. | |

IT IS HEREBY ORDERED THAT:

As the result of the Defendant's guilty plea to Count 1 of the Information, which charged Unauthorized Removal of Archaeological Resources from Public Lands, for which the Government sought forfeiture pursuant to 16 U.S.C. § 470gg(b), the Defendant, SANDIE R. MCNEIL, shall forfeit to the United States all archaeological resources as follows:

> Artifacts including a rifle casing, a gun flint, stone tools, and projectile points being more than 100 years old, removed from public lands without a permit issued under 16 U.S.C. § 470ee, to wit: Lake Roosevelt National Recreation Area, in violation of 16 U.S.C. § 470ee(a)

The Court has determined, based on the Defendant, SANDIE R. MCNEIL's, plea agreement, that the assets described herein are subject to forfeiture pursuant to 16 U.S.C. § 470gg(b); and, that the requisite nexus has been established between such assets, and such offense.

The assets sought for forfeiture have a commercial value of $109.00, and the United States is not aware of any potential claimants, therefore publication is not a requirement pursuant to Rule G(4)(a)(i)(A) of Fed. R. Civ. P. as incorporated by Fed. R. Crim. P. 32.2(6)(C).

Order of Forfeiture - 1
Forfeiture Order.wpd

Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Order of Forfeiture is final as to the Defendant at the time of sentencing, and is made part of the sentence and included in the judgment.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

ORDERED this 2²ⁿᵈ day of November, 2010.

_____
Lonny R. Suko
Chief United States District Judge

Presented by:

Michael C. Ormsby
United States Attorney

s/Timothy J. Ohms

Timothy J. Ohms
Assistant United States Attorney

Order of Forfeiture - 2
Forfeiture Order.wpd